# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

IN RE: Leonard Morris Sharp             Case No.: 18-10442
       Catherine Ebarb Sharp

DEBTORS             JEFFREY P. NORMAN

## 341(a) MINUTES

### 5/1/2018

**DEBTOR INFORMATION**

Leonard Morris Sharp
Catherine Ebarb Sharp
2530 Turtle Beach Road
Many, LA 71449

Debtor SSN: XXX-XX-3088             Joint Debtor SSN: XXX-XX-4362

**MEETING INFORMATION**

MEETING DATE: 04/30/2018    TIME: 1:00 pm    TRACK NUMBER: 33    MEETING CONCLUDED: NO

DEBTOR: Absent

JOINT DEBTOR: Present and Examined Under Oath

**MEETING CONTINUED TO: 05/14/2018 at 3:00 pm**

**APPEARANCES**

PRESIDING OFFICER FOR CHAPTER 13 TRUSTEE: Todd S. Johns

ATTORNEY EDDIE HARRINGTON PRESENT

**NOTES**

4/30 DEBTOR 1 ABSENT X1 // CONTINUED TO 5/14/18 @ 3pm FOR DEBTOR 1 ONLY.

                                                 /S/ Todd S. Johns